B6B (Official Form 6B) (12/07)

IN RE **Tusa, Gary Edward & Tusa, Pamela Ann** _____  Case No. **11-80306**
                                        Debtor(s)                                                 (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash in wallet** | J | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account xxxxxx0391 with adult son** **Debtors claim no equitable interest in the account as debtors contribute no funds to the account** | J | **0.00** |
| | | **Wells Fargo Checking Account xxxxxx1868 with adult son** **Debtors claim no equitable interest in the account as debtors contribute no funds to the account** | H | **0.00** |
| | | **Wells Fargo Checking Account xxxxxx6935** **Balance is approximate as of February 14, 2011** | J | **198.45** |
| | | **Wells Fargo Checking Account xxxxxx7268** **figure is approximate as of February 14, 2011** | J | **56.91** |
| | | **Wells Fargo Money Market Savings Account xxxxxx5600** **balance approximate as of February 14, 2011** | J | **10.01** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **misc household goods and furnishings** | J | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **misc books and collectibles** | J | **90.00** |
| 6. Wearing apparel. | | **misc clothing** | J | **400.00** |
| 7. Furs and jewelry. | | **wedding rings/watches** | J | **450.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **misc sports and hobby equipment** | J | **215.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy through employer** **No cash value; Death benefit only** | J | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Tusa, Gary Edward & Tusa, Pamela Ann** _____ Case No. **11-80306** _____
   Debtor(s)                                                                 (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension at Douglas County** | **W** | **unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Tusa, Gary Edward & Tusa, Pamela Ann** _____ Case No. **11-80306**
                          Debtor(s)                                            (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Toyota Camry**<br>**114,000**<br>**VIN # 4T1BF22K2VU028153**<br>**Exterior body damage on rear** | **J** | **450.00** |
| | | **1998 Pontiac Grand Prix**<br>**123,000 Miles**<br>**VIN # 1G2WP52K5WF202229**<br>**Exterior body damage on front of car** | **J** | **450.00** |
| | | **2004 GMC Yukon**<br>**127,000 miles**<br>**VIN# 1GKEK63U74J174461**<br>**Vehicle has rust on front-end and interior damage to leather on seats.  Also, there are scratches in paint on exterior of the vehicle.** | **J** | **7,500.00** |
| | | **2004 Toyota Camry Solara**<br>**42,000 miles**<br>**VIN # 4T1FA38P64U032147** | **J** | **10,675.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **misc computer hardware/software** | **J** | **455.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **24,000.37** |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Tusa, Gary Edward & Tusa, Pamela Ann**                                    Case No. **11-80306**
                         Debtor(s)                                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash in wallet | R.R.S. 1943 § 25-1552 | 50.00 | 50.00 |
| Wells Fargo Checking Account xxxxxx6935 Balance is approximate as of February 14, 2011 | R.R.S. 1943 § 25-1552 | 198.45 | 198.45 |
| Wells Fargo Checking Account xxxxxx7268 figure is approximate as of February 14, 2011 | R.R.S. 1943 § 25-1552 | 56.91 | 56.91 |
| Wells Fargo Money Market Savings Account xxxxxx5600 balance approximate as of February 14, 2011 | R.R.S. 1943 § 25-1552 | 10.01 | 10.01 |
| misc household goods and furnishings | R.R.S. 1943 § 25-1556(3) | 3,000.00 | 3,000.00 |
| misc books and collectibles | R.R.S. 1943 § 25-1552 | 90.00 | 90.00 |
| misc clothing | R.R.S. 1943 § 25-1556(2) | 400.00 | 400.00 |
| wedding rings/watches | R.R.S. 1943 § 25-1556(1) | 450.00 | 450.00 |
| misc sports and hobby equipment | R.R.S. 1943 § 25-1552 | 215.00 | 215.00 |
| 1997 Toyota Camry 114,000 VIN # 4T1BF22K2VU028153 Exterior body damage on rear | R.R.S. 1943 § 25-1552 | 450.00 | 450.00 |
| 1998 Pontiac Grand Prix 123,000 Miles VIN # 1G2WP52K5WF202229 Exterior body damage on front of car | R.R.S. 1943 § 25-1552 | 450.00 | 450.00 |
| 2004 GMC Yukon 127,000 miles VIN# 1GKEK63U74J174461 Vehicle has rust on front-end and interior damage to leather on seats. Also, there are scratches in paint on exterior of the vehicle. | R.R.S. 1943 § 25-1556(4) | 2,400.00 | 7,500.00 |
| 2004 Toyota Camry Solara 42,000 miles VIN # 4T1FA38P64U032147 | R.R.S. 1943 § 25-1556(4) R.R.S. 1943 § 25-1552 | 2,400.00 3,024.63 | 10,675.00 |
| misc computer hardware/software | R.R.S. 1943 § 25-1552 | 455.00 | 455.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only